Case 1:07-cr-00314  Document 78  Filed 06/05/2008  Page 1 of 1



**FILED**
JUN 0 5 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Monahan   07 CR 314   ASHMAN

   **JUDGE JOHN W DARRAH**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   U.S. v. Monahan   07 CR 314   Judge Darrah

   **MAGISTRATE JUDGE ASHMAN**

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)
   ☐ Criminal Antitrust ... (II)
   ☐ Bank robbery ....... (II)
   ☐ Post Office Robbery . (II)
   ☐ Other Robbery ..... (II)
   ☐ Assault ........... (III)
   ☐ Burglary .......... (IV)
   ☐ Larceny and Theft .. (IV)
   ☐ Postal Embezzlement (IV)
   ☐ Other Embezzlement  (III)

   ☐ Income Tax Fraud ...... (II)
   ☒ Postal Fraud .......... (II)
   ☐ Other Fraud ........... (III)
   ☐ Auto Theft ............ (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting ........ (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ..... (III)
   ☐ DAPCA Narcotics ...... (III)

   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws ....... (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws ....... (IV)
   ☐ Motor Carrier Act ....... (IV)
   ☐ Selective Service Act ..... (IV)
   ☐ Obscene Mail .......... (III)
   ☐ Other Federal Statutes ... (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. §§ 1341

B. MILLER/N. MILLER
Assistant United States Attorneys

(Revised 12/99)