## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 314 - 2 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. Roland Harper | | |

**DOCKET ENTRY TEXT**

Arraignment and plea set for 6/17/08 at 10:30 for defendant Harper. The referral order to Magistrate Judge Ashman for arraignment dated 6/10/08 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|