# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 314 - 2 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Roland Harper | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendant Roland Harper waives formal reading and enters a plea of guilty to count one of the superseding information. Enter Waiver of Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the probation office for the preparation of a presentence report. Sentencing set for 10/14/08 at 1:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MF |
|---|---|---|