AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF ___ ILLINOIS,    EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.                                          **WAIVER OF INDICTMENT**

ROLAND HARPER

**CASE NUMBER**:  07 CR 314-2

I,   ROLAND HARPER_____, the above named defendant, who is accused of

mail fraud, in violation of 18 U.S.C. § 1341,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on   June 17, 2008,_____  prosecution by indictment and consent that the proceeding may

be by information rather than by indictment.

# FILED

JUN 1 7 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

6 - 17 - 08