UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | No. 07 CR 314 |
| v. | ) | Honorable John W. Darrah |
| | ) | |
| | ) | |
| Aidan E. Monahan, | ) | |

## AGREED MOTION FOR RELEASE OF FUNDS

Deborah Collins, wife of defendant Monahan, seeks an order of the Court directed to the Clerk of the United States District Court, to draw a check payable to the order of Laborer's Pension and Health and Welfare Funds in the amount of $170,000, and in support thereof states as follows:

Aidan Monahan was released on bond by this court pursuant to order after his plea of guilty and bond hearing on June 5, 2008. At the time of his bond hearing, Deborah Collins, agreed to post real property to secure his appearance, and Deborah Collins and Aidan Monahan agreed to the deposit of certain cashier's checks that were found in the possession of Aidan Monahan and seized by the government. At the time of the hearing, Deborah Collins, defendant Monahan and the United States agreed to set aside $170,000 of the amount of the cashier's checks for later use to pay mortgage payments and other just debts.

Subsequent to the court's order in the above captioned case, Collins Maintenance, Inc., Monahan Landscaping Co., Inc. and Monahan Construction Company, Inc. (all defendants in an ERISA case captioned *Laborer' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S Jorgensen, Administrator of the Funds, v., Inc. v. Monahan Construction Company, Inc ., Monahan Landscaping Co., Inc., and Collins Maintenance, Inc.* No. 06 Cv 5781, presently pending before the Honorable Rebecca Pallmeyer), agreed to settle that case for the payment of $200,000 in return for a release of all claims of any kind whatsoever, that the Laborers Pension and Health and Welfare Fund might have against the entities and Deborah Collins and Aidan Monahan as individuals.

In order to make the payment when requested, Deborah Collins seeks the entry of an order directing the preparation by the Clerk of a Check payable to the Laborer's Pension and Health and Welfare Funds in the amount of $170,000 for delivery to Deborah Collins' counsel, Dean J. Polales for tender to the Laborer's Pension and Health and Welfare Funds when plaintiffs in the ERISA case provide defendants, Collins and Monahan, in the ERISA case with the agreed general release of all claims on or before July 31, 2008. Should the complete and final general release not be executed, then Mr. Polales will not deliver the check and the same shall be redeposited to the Clerk of the Court to be held in accord with Collin's and Monahan's prior bond agreements in this case.

3

Deborah Collins and Aidan Monahan's counsel have discussed this matter with Assistant United States Attorney Barry Miller, who has stated that the Government agrees with this motion this motion.

Respectfully submitted:

|  |  |
|---|---|
| | /s/ Dean J. Polales |
| Dean J. Polales | Dean J. Polales |
| UNGARETTI & HARRIS, LLP | *Counsel for Defendant, Deborah Collins* |
| 3500 Three First National Plaza | |
| Chicago, Illinois 60602 | |
| Phone: (312) 977-4400 | |
| Fax: (312) 977-4405 | |
| Firm No. 34355 | |