UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 314 |
| | ) | Honorable John W. Darrah |
| **Aidan E. Monahan,** | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Barry Miller, Assistant United States Attorney
U.S. Office for the N. D. of Illinois
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

YOU ARE HEREBY NOTIFIED that on the 29TH day of July, 2008, we filed, through electronic filing system for the Northern District of Illinois, Eastern Division, an **AGREED MOTION FOR RELEASE OF FUNDS** on behalf of the Defendant, Aidan E. Monahan.

Respectfully submitted:

s/Dean J. Polales
Attorney for the Defendant

Dean J. Polales
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
Tel. (312) 977-4883
Fax. (312) 977-4405

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with FED. R. CIV. P. 5, R5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF FILING** with AGREED MOTION FOR RELEASE OF FUNDS was served pursuant to the district court's ECF system as to ECF filers, on July 29, 2008, to the following:

> Barry Miller
> Assistant United States Attorney
> United State's Attorney's Office -- NDIL
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604

                                                    Respectfully submitted,

                                                    By: s/ Dean J. Polales
                                                    Attorney for the Defendant

Dean J. Polales
ARDC No.: 3125505
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
Tel. (312) 977-4883
djpolales@uhlaw.com